# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN MICHAEL POURCIAU

NO. 2019 KW 0771

**AUG 19 2019**

---

In Re:    Ryan Michael Pourciau, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1301894.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**MOTION FOR STAY DENIED.**    In the event relator elects to seek review of the denial of the application for postconviction relief, he should file a writ application in this court on or before September 18, 2019.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT